# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                  Chapter 13

                  Bankruptcy No. 17-15791-MDC

JAMES J KNAPP

2523 BROOKDALE AVENUE

ROSLYN, PA 19001

       Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
JAMES J KNAPP

2523 BROOKDALE AVENUE

ROSLYN, PA 19001

**Counsel for debtor(s), by electronic notice only.**
BRADLY E ALLEN ESQ
7711 CASTOR AVE

PHILA, PA 19152-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

                  /s/ William C. Miller

Date: 11/29/2017

                  _____
                  William C. Miller, Esquire
                  Chapter 13 Standing Trustee