# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **James J. Knapp**                                                              Case No.  **17-15791/mdc**

Debtor(s)                                                                                              Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2018 a copy of Amended Schedules A/B, C and I was served to the parties listed below.

Regular first class mail to:

>James Knapp
>2523 Brookdale Ave.
>Roslyn, PA19001

By electronic mail:

>William C. Miller, Chapter 13 Trustee

>US Trustee

>**/s/ Bradly E. Allen, Esquire**
>**Bradly E. Allen, Esquire 35053**
>**Bradly E. Allen**
>**7711 Castor Avenue**
>**Philadelphia, PA 19152**
>**215-725-4242 Fax:215-725-8288**
>**bealaw@verizon.net**