United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 17-15791-mdc
James J. Knapp                                                      Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: YvetteWD            Page 1 of 2              Date Rcvd: Mar 02, 2018
                              Form ID: pdf900           Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2018.
```
db            +James J. Knapp,    2523 Brookdale Avenue,    Roslyn, PA 19001-3113
13974338      +Comcast Cable,    c/o Steller Recovery,   P. O. Box 48370,    Jacksonville, FL 32247-8370
14042067      +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
13974341      +Midland Funding, LLC/Fingerhut,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
13974343      +PA Housing Finance Agency,    c/o KML Law Group, P.C.,    701 Market Street, Ste. 5000,
                Philadelphia, PA 19106-1541
13974344      +Progressive Insurance,    c/o Caine & Weiner,    15025 Oxnard Street, Ste. 100,
                Van Nuys, CA 91411-2640
13985610      +SANTANDER CONSUMER USA, INC.,    P.O. BOX 560284,    DALLAS, TX 75356-0284
13974345      +Santander Consumer,    P. O. Box 961245,    Fort Worth, TX 76161-0244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov Mar 03 2018 01:27:44      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 03 2018 01:27:07
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 03 2018 01:27:34      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14019750       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 03 2018 01:28:22
                Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                Corporation of America Holdings,    Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
13974336      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 03 2018 01:28:33      Capital One Bank,
                c/o Portfolio Recovery Associates, LLC,   P. O. Box 12914,    Norfolk, VA 23541-0914
13974337      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Mar 03 2018 01:27:54
                Comcast Cable,    1 Comcast Center,   Philadelphia, PA 19103-2899
13974339       E-mail/Text: cio.bncmail@irs.gov Mar 03 2018 01:26:51      IRS,   P. O. Box 7346,
                Philadelphia, PA 19101-7346
14017718      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 03 2018 01:27:16      Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
13974340      +E-mail/Text: bankruptcydpt@mcmcg.com Mar 03 2018 01:27:16      Midland Funding LLC/Fingerhut,
                c/o MCM,   2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
13974342      +E-mail/Text: blegal@phfa.org Mar 03 2018 01:27:19      PA Housing Finance Agency,
                211 North Front Street,    P. O. Box 15057,   Harrisburg, PA 17105-5057
14048498      +E-mail/Text: blegal@phfa.org Mar 03 2018 01:27:19      Pennsylvania Housing Finance Agency,
                211 North Front Street,    Harrisburg, PA 17101-1406
14018510       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 03 2018 01:28:47      Verizon,
                by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Santander Consumer USA, Inc.,    P.O. Box 560284,   Dallas, TX 75356-0284
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: YvetteWD              Page 2 of 2                  Date Rcvd: Mar 02, 2018
                              Form ID: pdf900             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 2, 2018 at the address(es) listed below:
        BRADLY E ALLEN    on behalf of Debtor James J. Knapp bealaw@verizon.net
        KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
        KMcDonald@blankrome.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
        bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
        TOTAL: 5

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES J KNAPP | Chapter 13 |
| Debtor | Bankruptcy No. 17-15791-MDC |

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___1st___ day of ___March___, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRADLY E ALLEN ESQ
7711 CASTOR AVE

PHILA, PA 19152-

Debtor:
JAMES J KNAPP

2523 BROOKDALE AVENUE

ROSLYN, PA 19001